[S. F. No. 7262.  In Bank.—January 5, 1915.]

JOSEPH CARDOZA, Petitioner, v. A. J. PILLSBURY et al.,
Constituting the Industrial Accident Commission of the
State of California, Respondents.

INDUSTRIAL ACCIDENT COMMISSION—REVIEW OF PROCEEDINGS BY SU-
PREME COURT—GROUNDS OF REVIEW.—The supreme court is not
authorized to review the proceedings of the Industrial Accident
Commission of the state of California on the grounds either that
the findings of the commission are not sustained by the evidence, or
that the applicant for the writ of review has discovered new evi-
dence material to him. The commission itself may grant a rehear-
ing on these grounds, (Workmen's Compensation Act, sec. 82), but
the courts are restricted to the grounds stated in section 84 of said
act.

APPLICATION for a Writ to Review an order of the In-
dustrial Accident Commission of the state of California refus-
ing to award the petitioner, an employee of the Pacific Gas and
Electric Company, any compensation for an accident which he
alleged had happened to him, in the course of his employment,
on February 5, 1914, on the ground that the evidence pre-
sented on behalf of the applicant was insufficient to establish
as a fact that any liability lasting beyond the period of two
weeks from the fifth day of February, 1914, was proximately
caused by the accident, and also to review an order of said
commission denying the petitioner a rehearing in the matter
of said award. The further facts are stated in the opinion

Joseph Rafael, for Petitioner.

THE COURT.—The application for a review by this court
of the proceedings of the Industrial Accident Commission of
the state of California states no ground upon which this
court is authorized to entertain the same. The grounds
stated,—namely, that the findings of the commission are not
sustained by the evidence, and that the applicant has dis-
covered new evidence material to him, are grounds upon
which the commission itself may grant a rehearing (Work-
men's Compensation Act, sec. 82), but the courts are re-
stricted to the grounds stated in section 84 of said act.

The application for a writ is denied for these reasons.